UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   MADISON LEIGH ANDROSKO                     CASE NO.: 6:26-bk-03800-TPG

   Debtor.

_____/

**<u>DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

COMES NOW, the Debtor, MADISON LEIGH ANDROSKO, by and through the undersigned attorney, and hereby responds to the MICHELLE RADEMACHER C/O ORLANDO REALTY AND PROPERTY MANAGEMENT (the "Creditor") Motion for Relief from Stay (the "Motion") filed on June 3, 2026 (Doc. No. 11) and in support thereof states as follows:

1. The Debtor filed this Chapter 7 case on May 22, 2026.

2. On March 2, 2026, the Debtor entered into a one-year residential lease agreement for a property located at 1641 Retreat Circle, Clermont, FL 34714, with the lease term commencing on April 1, 2026.

3. In connection with the lease, the Debtor paid the first month's rent, last month's rent, and a security deposit.

4. Upon taking possession of the property, the Debtor discovered numerous defects, including a water leak. Additionally, the swimming pool was not functioning properly and was not being adequately maintained, creating a safety hazard. Because the Debtor has very young children, the condition of the pool posed a significant risk to their safety. The Debtor repeatedly notified the Creditor of these issues and requested repairs, however, no repairs were made. The Debtor subsequently contacted County Code Enforcement, which inspected the property and

reported the violations to the Creditor.  Despite these efforts, the necessary repairs were still not completed.

5.      The Debtor is currently in the process of relocating and anticipates fully vacating the property by the end of June 2026.

6.      The Debtor respectfully requests that no eviction action be initiated against her, as she is voluntarily vacating the property.

7.      The Debtor further requests the return of her security deposit in accordance with applicable law, as the funds are claimed as exempt property on Schedule C.

WHEREFORE, the Debtor respectfully requests that this Honorable Court to deny the Creditor's Motion for Relief of Stay.


Dated: 06/24/2026                            /s/ CAMILLE SEBRETH
                                             CAMILLE SEBRETH, ESQUIRE
                                             FBN: 0051552


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Response to Motion for Relief of Stay has been furnished by Electronic Notice or First class U.S. Mail on the 24th day of June, 2026.

Madison Androsko
1641 Retreat Circle
Clermont, FL 34714

Lori Patton
Chapter 7 Trustee
(Electronic transmission)

Bill McCabe, Esquire
1250 S. Highway 17-92
Suite 210
Longwood, FL 32750

/s/ CAMILLE SEBRETH
CAMILLE SEBRETH, ESQUIRE
FBN: 0051552
1466 E. Michigan St.
Orlando, FL 32806
P: (407) 556-7589
F: (407) 792-5464
E: camilleesquire@yahoo.com