United States Bankruptcy Court
Middle District of Florida
Orlando Division

In re   Madison Leigh Androsko

Debtor(s)

Case No.   6:26-bk-03800-TPG

Chapter   7

## NOTICE OF CHANGE OF ADDRESS

Debtor's Former Mailing Address was:

Name:                   Madison Leigh Androsko

Street:                 1641 Retreat Circle

City, State and Zip:    Clermont, FL 34714

Please be advised that effective July 1, 2026, Debtor's new mailing address is:

Name:                   Madison Leigh Androsko

Street:                 2641 Inagua Ave #302

City, State and Zip:    Davenport, FL 33897

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been furnished by Electronic Notice or First class U.S. Mail on the 9th day of July, 2026.

Madison Androsko
1641 Retreat Circle
Clermont, FL 34714

Lori Patton
Chapter 7 Trustee
(Electronic transmission)

Creditors on the attached creditor matrix.

/s/ CAMILLE SEBRETH
CAMILLE SEBRETH, ESQUIRE
FBN: 0051552
1466 E. Michigan St.
Orlando, FL 32806
P: (407) 556-7589
F: (407) 792-5464
E: camilleesquire@yahoo.com