Label Matrix for local noticing
113A-6
Case 6:26-bk-03800-TPG
Middle District of Florida
Orlando
Thu Jul  9 11:44:50 EDT 2026

Madison Leigh Androsko
1641 Retreat Circle
Clermont, FL 34714-4411

Michelle Rademacher
138 S Bumby Ave #A
Orlando, Fl 32803-7410

Bishop Park Apartments
27000 Bishop Dr.
Attn: Billing
Willoughby Hills, OH 44092

Capital Bank N.A.
2275 Research Blvd. Ste 600
Attn: Bankruptcy Unit
Rockville, MD 20850-6238

Capital One
Attn: Bankruptcy Unit
P.O. Box 30285
Salt Lake City, UT 84130-0285

Concora Credit
Attn: Bankruptcy Unit
P.O. Box 4477
Beaverton, OR 97076-4401

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ford Motor Credit Co.
Attn: Bankruptcy Unit
P.O. Box 542000
Omaha, NE 68154-8000

(p)HARRIS & HARRIS
111 W JACKSON BLVD STE 650
CHICAGO IL 60604-3589

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy Unit
200 14th Ave E
Sartekk, MN 56377-4500

Keith D. Weiner & Assoc. Co.
Attn: Michael S. Berkowitz
1100 Superior Ave. East
Suite 1100
Cleveland, OH 44114-2520

KeyBank
P.O. Box 94920
Cleveland, OH 44101-4920

Kikoff Lending
633 Folsom St.
Suite 300
Attn: Bankruptcy Unit
San Francisco, CA 94107-3600

Lake County Tax Collector
Post Office Box 327
Tavares FL 32778-0327

Michelle Rademacher
4138 Bay Bridge Place
Ellenton, FL 34222-7235

NCB Management Services
Attn: Bankruptcy Unit
1 Allied Drive
Trevose, PA 19053-6945

Orlando Realty & Prop. Mgmt
138 S. Bumby Ave.
Ste. A
Orlando, FL 32803-7410

Resurgent Capital Services
Attn: Bankruptcy Unit
P.O. Box 10497
Greenville, SC 29603-0497

Santander Bank
Attn: Bankruptcy Unit
P.O. Box 961245
Fort Worth, TX 76161-0244

The Bank of Missouri
Attn: Bankruptcy Unit
906 N. Kingshighway
Perryville, MO 63775-1204

The Landmark Companies LLC
5455 N. Marginal Road
Attn: Billing
Cleveland, OH 44114-3937

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Camille Sebreth +
Law Office of Camille Sebreth PLLC
1466 E. Michigan St.
Orlando, FL 32806-4817

Lori Patton +
Lori Patton, Trustee
377 Maitland Ave
Ste 1002
Altamonte Springs, FL 32701-5442

William J McCabe +
William J. McCabe, P.A.
1250 S Hwy 17-92
Suite 210
Longwood, FL 32750-5712

Tiffany P. Geyer +
Orlando
400 West Washington Street
Room 6100
Orlando, FL 32801-2207

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Harris & Harris
Attn: Bankruptcy Unit
111 W Jackson Blvd.
Suite 650
Chicago, IL 60604

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28