**ORDERED.**

**Dated: August 19, 2026**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Madison Leigh Androsko,

Debtor.
__________________________/

Case No. 6:26-bk-03800-TPG
Chapter 7

**ORDER SUSTAINING OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION IN SECURITY DEPOSIT**

THIS CASE came on for consideration without a hearing on the "Objection to Debtor's Claim of Exemption in Security Deposit" (the "Objection"), filed by Creditor Michelle Rademacher (the "Creditor") (Doc. No. 20) and the "Certificate of Service and Certificate of No Objection Regarding Creditor's Objection to Debtor's Claim of Exemption in Security Deposit" (Doc. No. 23). The Court has considered the Objection and finds that: (1) the Objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of an opportunity to respond within 21 days of the date the Objection was served; (2) no party filed a timely response to the Objection; and (3) the Objection is unopposed. Accordingly, it is

**ORDERED**

1. The Objection (Doc. No. 20) is **SUSTAINED**.

2. The Debtor's claim of exemption in the $2,099.00 security deposit held under the parties' Residential Lease Agreement for the property located at 1641 Retreat Circle, Clermont, Florida 34714 is **DISALLOWED** to the extent of the Debtor's pre-petition rent arrearage owed to Creditor; the exemption is allowed only as to any balance of the deposit remaining after application of Creditor's right of setoff under 11 U.S.C. § 553.

3. This Order determines only the Debtor's claimed exemption in the security deposit. It does not adjudicate any other lease-related claims, damages, defenses, or rights of setoff except as necessary to resolve the Objection. To the extent any balance of the security deposit remains after application of Creditor's prepetition rent-arrearage claim, this Order does not determine the amount, validity, or disposition of that balance.

###

The Clerk is directed to serve a copy of this order on interested parties who are non-CM/ECF users.